UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

R3 FL HOLDINGS, LLC,

      Plaintiff,

v.                             Case No: 2:16-cv-126-FtM-38CM

CROSS COUNTRY PIPE AND RAIL, INC., FLORIDA ATI, INC., ITRAN PARTNERS, INC., JOSEPH D. BONNESS, III , SUSAN BONNESS, MARGARET M. KELLY and MARGARET M. KELLY,

      Defendants.

_____/

## **ORDER**[1]

This matter comes before the Court on the Plaintiff, R3 FL Holding, LLC's Unopposed Motion to Remand (Doc. #10) filed on March 4, 2016. Pursuant to M.D. Fla., Local Rule 3.01(g), the Plaintiff conferred with the Defendants who do not oppose the remand.

On January 4, 2016, this case was filed in the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. The Defendants were all served by January 6, 2016. On February 12, 2016, the Defendants removed the case to the United States District Court for the Middle District of Florida, Fort Myers, Division based upon diversity jurisdiction. Plaintiff now moves the Court to remand the case back to the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Thirteenth Judicial Circuit Court in Hillsborough County arguing the case was removed in an untimely manner and that all of the Parties are not diverse.

The Parties now advise the Court that they have agreed that this case should be remanded to state court, and the Court agrees. The Court, therefore, remands this case to the Circuit Court of Thirteenth Judicial Circuit in and for Hillsborough County, where it was originally filed.

Accordingly, it is now

**ORDERED:**

Plaintiff, R3 FL Holding, LLC's Unopposed Motion to Remand ([Doc. #10](Doc. #10)) is **GRANTED**.

(1) The case is hereby **REMANDED** to the Circuit Court of Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

(2) The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

(3) The Clerk is **DIRECTED** to close this case, terminate any scheduled hearings and deadlines, and deny any pending motions as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of March, 2016.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record